IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DAMIEON B. RASPBERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | )   No. 12-1209-JDT-egb |
| | ) |
| KENNETH THOMPSON, et al., | ) |
| | ) |
| Defendants. | ) |

ORDER ADOPTING REPORT AND RECOMMENDATION
OF MAGISTRATE JUDGE FOR DENIAL OF ENTRY OF DEFAULT

On October 30, 2013, Magistrate Judge Edward G. Bryant issued a report and recommendation that Plaintiff's motion for entry of default be denied [DE# 19]. No objection has been filed. Consequently, the report and recommendation [DE# 24] is ADOPTED.

IT IS SO ORDERED.

 s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE