IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DAMIEON B. RASPBERRY, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) ) | No. 12-1209-JDT-egb |
| KENNETH THOMPSON, et al., | ) ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION
TO DENY MOTION TO DISMISS

On April 15, 2014, Magistrate Judge Edward G. Bryant issued a report and recommendation [DE# 44] that the motion to dismiss [DE# 31] and the amended motion to dismiss [DE# 41] be denied. No timely objection has been filed. Consequently, the report and recommendation is ADOPTED in its entirety, and Defendants' motion to dismiss and amended motion to dismiss are DENIED.

IT IS SO ORDERED.

   s/ **James D. Todd**
JAMES D. TODD
UNITED STATES DISTRICT JUDGE